# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| FEC IP LLC, | § § § | Case No. |
| Plaintiff, | § § | **JURY TRIAL DEMANDED** |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff FEC IP LLC ("FEC" or "Plaintiff") files this Complaint against Defendants, Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") (collectively, "Samsung" or "Defendants"), for patent infringement, alleges as follows:

### THE PARTIES

1.      Plaintiff FEC is a limited liability company organized and existing under the laws of the State of Texas, with its principal place of business located at 104 E Houston St., Ste 140, Marshall, Texas 75670.

2.      Defendant SEC is a corporation organized and existing under the laws of the Republic of Korea, with its principal place of business located at 129 Samsung-Ro, Yeongtong-Gu, Suwon-Si, Gyeonggi-Do, 443-742, Republic of Korea. Samsung is a leading manufacturer and seller of smartphones, tablets, and smart home products (including television display screens) in the world and in the United States. On information and belief, SEC does business in Texas, directly or through intermediaries, and offers its products and/or services, including those accused herein of infringement, to customers and potential customers located in Texas, including in the Judicial District of the Eastern District of Texas.

3.      Defendant SEA is a corporation organized under the laws of the State of New York, with its principal place of business located at 85 Challenger Road, Ridgefield Park, New Jersey 07660. On information and belief, SEA has corporate offices in the Eastern District of Texas located at 1303 East Lookout Drive, Richardson, Texas 75082 and 2800 Technology Drive, Suite 200, Plano, Texas 75074. SEA has publicly indicated that in early 2019, it would be centralizing multiple offices in a new location in the Eastern District of Texas at the Legacy Central office campus, located at 6225 Declaration Drive, Plano, Texas 75023. SEA may be served with process in Texas through its registered agent CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.

## JURISDICTION AND VENUE

4.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

5.      This Court has specific and personal jurisdiction over each of the Defendants consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute.  On information and belief, each Defendant has sufficient minimum contacts with the forum because each Defendant transacts substantial business in the State of Texas and in this Judicial District. Further, each Defendant has, directly or through subsidiaries or intermediaries, committed and continues to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, as alleged more particularly below.

6.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1400(b), 1391(b), and 1391 (c) because each Defendant is subject to personal jurisdiction in this Judicial District, has committed acts of patent infringement in this Judicial District, and is either a foreign company

or has a regular and established place of business in this Judicial District. Venue is proper in this Judicial District as to SEC, specifically, pursuant to 28 U.S.C. § 1391 because, among other things, SEC is not a resident in the United States and thus may be sued in any judicial district pursuant to 28 U.S.C. § 1391(c)(3). Each Defendant, through its own acts and/or through the acts of each other Defendant, makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with this Judicial District such that this venue is a fair and reasonable one. Further, on information and belief, the Defendants have admitted or not contested proper venue in this Judicial District in other patent infringement actions.

## PATENTS-IN-SUIT

7.      On December 8, 2009, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,631,192 (the "'192 Patent") entitled "Network Apparatus for Accessing Services Over a Network." A true and correct copy of the '192 Patent is attached as Exhibit A.

8.      On December 9, 2014, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,908,106 (the "'106 Patent") entitled "Mobile Terminal." A true and correct copy of the '106 Patent is attached as Exhibit B.

9.      On November 8, 2011, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,055,187 (the "'187 Patent") entitled "Communication Terminal and Communication Method for Exchanging Contents." A true and correct copy of the '187 Patent is attached as Exhibit C.

10.      On January 1, 2019, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 10,171,847 (the "'847 Patent") entitled "Information Device and

Distribution Device." A true and correct copy of the '847 Patent is attached as Exhibit D.

11.    FEC is the sole and exclusive owner of all right, title, and interest to and in the '192, '106, '187, and '847 Patents (collectively, the "Patents-in-Suit"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. FEC also has the right to recover all damages for past infringement of the Patents-in-Suit as appropriate under the law.

12.    FEC has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit.

## FACTUAL ALLEGATIONS

13.    The Patents-in-Suit generally cover systems and methods for video streaming and content sharing by associating multiple electronic devices.

14.    The '192 Patent generally relates to a network apparatus and method for controlling visual display data on one electronic device with a display through another electronic device with a display. For example, a remote controller device sends its own ID code when specifying an access destination to a main device, and upon receipt of an access command from the remote controller device, the main device appends the ID code of the remote controller device to information obtained by accessing the access destination and outputs the same. The remote controller device takes in the output only when it is appended with its own ID code and displays the same on a display unit. Thus, the user can confirm the information the main device has obtained from the network on the display unit of the remote controller device. Consequently, the risk that the information is seen by anyone around can be reduced, thereby making it possible to improve the security on the private information. The inventions described in the '192 Patent were developed by Masahiro Matsuo.

15.    The '106 Patent generally relates to a mobile terminal for turning on an external device upon opening a digital application on the mobile terminal. For example, a mobile device stores a TV application for serving as a remote control capable of controlling a TV receiver. The mobile device starts the process of starting the TV application and transmits, to the TV receiver, control signals to turn on the TV receiver before the TV application has been started. More particularly, the mobile device transmits the control signals to turn on the TV receiver while performing the process of starting the TV application. When the mobile device has started the TV application and then the TV receiver has been turned on in normal mode, a user can control the TV receiver by using the mobile device. The inventions described in the '106 Patent were developed by Masaki Mori.

16.    The '187 Patent generally relates to a communication terminal and method for exchanging and duplicating digital contents between devices. For example, a content reproducing device is used in a contents exchange system including a plurality of content reproducing devices. The content reproducing device includes a short range communication unit, a memory, a control unit, and a speaker. The short range communication unit communicates request information, response information, content data and flag information to/from content reproducing devices. The control unit controls the short range communication unit so that content data is transmitted. The control unit controls the memory such that the content data and the flag information received by the short range communication unit are stored. The inventions described in the '187 Patent were developed by Hideki Tanabe.

17.    The '847 Patent generally relates to an information device for downloading video data through sequentially downloaded divided video data files. For example, an information device is provided that includes a communication component and a controller. The communication

component communicates with an external device. The controller downloads video data from the external device through the communication component. The controller performs processing for playing the video data. The controller executes an application for playing the downloaded video data. The controller sends a download request for each divided video data, with the divided video data being obtained by dividing up the video data. The inventions described in the '847 Patent were developed by Yoshinobu Imoto, Yoshikazu Fujita, Eiji Nakata, Ryuji Ikeda, Masahito Teraoka, Kanji Imanishi, Makoto Takemoto, Makoto Imagawa, Shinichi Toge, and Masatoshi Miyoshi.

18.     Samsung has infringed and continues to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell, offer to sell, and/or import products, including mobile phones, tablets, smart watches, and smart televisions that implement the technology claimed by the Patents-in-Suit. For example, the Accused Products are Samsung products that implement Samsung SmartThings, screen mirroring, Quick Share, and Samsung TV Plus functionalities, including at least all models of Samsung smartphones and tablets.

19.     Samsung has had actual notice of the Asserted Patents, at least as of the filing date of this Complaint.

20.     FEC has, at all times, complied with the marking provisions of 35 U.S.C. § 287 with respect to the Asserted Patents.

## COUNT I
### (Infringement of the '192 Patent)

21.     Paragraphs 1 through 20 are incorporated by reference as if fully set forth herein.

22.     FEC has not licensed or otherwise authorized Samsung to make, use, offer for sale, sell, or import any products that embody the inventions of the '192 Patent.

23.     Samsung has and continues to directly infringe the claims of the '192 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '192 Patent, and by performing each and every step of one or more method claims of the '192 Patent.

24.     The Accused Products each perform the method of at least claim 17 of the '192 Patent: A method for accessing information over a network, comprising: sending a request for information from a portable remote controller device having a first display to a main device configured to be connected to a second display; obtaining the requested information from the network; providing the obtained information from the main device to the remote controller device; displaying the sent information on the first display of the remote controller device; sending a display switching signal from the remote controller device to the main device; and determining whether the second display of the main device displays the obtained information based on the display switching signal sent from the remote controller device.

25.     The Accused Products perform a method for accessing information over a network, comprising: sending a request for information from a portable remote controller device having a first display to a main device configured to be connected to a second display. For example, the Samsung Galaxy S25 Ultra performs a method for accessing information (e.g., streaming data) over a network (e.g., Wi-Fi, Internet, and/or Bluetooth) by sending a request for information (e.g., a request for online content, connection information, passcode prompts, channel information, video data, and/or audio data) as a portable remote controller device having a first display (e.g., touch display screen on the Samsung Galaxy S25 Ultra) to a main device (e.g., smart television) configured to be connected to a second display (e.g., a television display screen).



[1] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html





[2] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html

[3] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html



26.    The Accused Products perform obtaining the requested information from the network. For example, the Smart television obtains requested information (e.g., online content, connection information, passcode prompts, channel information, video data, and/or audio data) from the network (e.g., Wi-Fi, internet, and/or Bluetooth).



---

[4] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html

[5] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html



27.    The Accused Products perform providing the obtained information from the main device to the remote controller device and displaying the sent information on the first display of the remote controller device. For example, the Samsung Galaxy S25 Ultra receives the information from the main device (e.g., Smart television) and displays the sent information on the first display of the remote controller device (e.g., touch display screen on the Samsung Galaxy S25 Ultra), *e.g.* via switching stream or screen mirroring.

---

[6] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html





28.     The Accused Products perform sending a display switching signal from the remote controller device to the main device. For example, the Samsung Galaxy S25 Ultra sends a display switching signal (e.g., to stream to the main device and/or mirror a display on the main device)

---

[7] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html

[8] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html

from the remote controller device (e.g., the Samsung Galaxy S25 Ultra) to the main device (e.g., smart television).



---

[9] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html



Relive special moments on the big screen

In addition to taking content from your Smart TV to your mobile, Mirror Screen (Smart View) enables you to share meaningful moments by streaming them right to your big screen TV in a quick and easy way.

[10]

29.    The Accused Products perform determining whether the second display of the main device displays the obtained information based on the display switching signal sent from the remote controller device. For example, the Samsung Galaxy S25 Ultra determines whether the second display (e.g., television display screen) connected to the main device (e.g., smart television) displays obtained information (e.g., online content, connection information, passcode prompts, channel information, video files, etc.) based on the display switching signal sent from the remote controller device (e.g., the Samsung Galaxy S25 Ultra).

---

[10] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html





**Relive special moments on the big screen**

In addition to taking content from your Smart TV to your mobile, Mirror Screen (Smart View) enables you to share meaningful moments by streaming them right to your big screen TV in a quick and easy way.

---

[11] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html

[12] https://www.samsung.com/us/televisions-home-theater/tvs/smart-tv/watch-movies-and-tv.html

30.    Samsung has and continues to indirectly infringe one or more claims of the '192 Patent by inducing infringement by others, such as Samsung's customers and end-users, in this District and elsewhere in the United States. For example, Samsung's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '192 Patent. Samsung induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[13]

31.    Because of Samsung's inducement, Samsung's customers and end-users use the Accused Products in a way Samsung intends and they directly infringe the '192 Patent. Samsung performs these affirmative acts with knowledge of the '192 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '192 Patent.

32.    Samsung has indirectly infringed and continues to indirectly infringe one or more claims of the '192 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Samsung's affirmative acts of selling and offering to sell the '192 Accused Products in this District and elsewhere in the United States and causing the '192 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '192 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Samsung, are material to the invention of the '192 Patent, are not staple articles or commodities of commerce, have no

---

[13] *See, e.g.*, https://www.samsung.com/us/support/answer/ANS10001896/.

substantial non-infringing uses, and are known by Samsung to be especially made or adapted for use in the infringement of the '192 Patent. Samsung performs these affirmative acts with knowledge of the '192 Patent and with intent, or willful blindness, that they cause the direct infringement of the '192 Patent.

33.    Because of Samsung's direct and indirect infringement of the '192 Patent, FEC has suffered damages in an amount to be proven at trial.

**COUNT II**
**(Infringement of the '106 Patent)**

34.    Paragraphs 1 through 20 are incorporated by reference as if fully set forth herein.

35.    FEC has not licensed or otherwise authorized Samsung to make, use, offer for sale, sell, or import any products that embody the inventions of the '106 Patent.

36.    Samsung has and continues to directly infringe the claims of the '106 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products and actively inducing others to make, use, sell, offer to sell, and/or import products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '106 Patent, and by performing each and every limitation of one or more method claims of the '106 Patent.

37.    The Accused Products each comprise the apparatus of at least claim 1 of the '106 Patent: A mobile terminal comprising: a signal transmission unit which transmits control signals to an external device; an operation unit for a user to perform various actions; and a microprocessor that starts a control application for control of the external device, and transmits, to the external device, an operation control signal based on remote control function of the control application, in response to a user action on the operation unit by using the signal transmission unit, wherein when starting the control application, the microprocessor transmits, to the external device,

17

a turning-on control signal to turn on the external device by using the signal transmission unit before the process of starting the control application is completed.

38.    The Accused Products comprise a mobile terminal comprising a signal transmission unit which transmits control signals to an external device. For example, the Samsung Galaxy S25 Ultra comprises a signal transmission unit (e.g., Wi-fi transceiver, Bluetooth transceiver, etc.) which transmits control signals (e.g., play, pause, volume up/down, power on/off, select, etc.) to an external device (e.g., smart television).

You need to make sure that the SmartThings app and your Samsung TV are both connected to the same WiFi network. This is because the SmartThings app uses a WiFi connection to keep all of your devices connected! [14]

39.    The Accused Products comprise an operation unit for a user to perform various actions. For example, the Samsung Galaxy S25 Ultra comprises an operation unit (e.g., touch screen, volume buttons, etc.) for a user to perform various actions (e.g., swipe or select digital switch, button, or option).

## Control Your TV with your Phone Using the SmartThings App

Last Update date : May 29. 2025

Have you ever sat down to watch TV but can't find the remote? By using your mobile, all is not lost. You can check whether your Samsung TV model is compatible by heading to the SmartThings page.  With SmartThings, you are able to change the channel, adjust the volume, change sources and everything else you would normally do with your remote control. [15]

---

[14] https://www.reliant.co.uk/blog/how-to-connect-samsung-tv-to-smartthings/

[15] https://www.samsung.com/au/support/tv-audio-video/control-your-tv-using-the-smartthings-app/?srsltid=AfmBOorgaIrKDK7a067UVNY5XbPrLyh2AsoyMYV_Hg-qE1EfjgKMOKkN

40.    The Accused Products comprise a microprocessor that starts a control application for control of the external device, and transmits, to the external device, an operation control signal based on remote control function of the control application, in response to a user action on the operation unit by using the signal transmission unit. For example, the Samsung Galaxy S25 Ultra comprises a microprocessor (e.g., Snapdragon 8 Elite chip) that starts a control application (e.g., SmartThings , Screen Mirroring App, etc.) for control of the external device (e.g., smart television), an operation control signal based on remote control function of the control application (e.g., a Wi-Fi or Bluetooth signal to show display, change channel, make selection, etc.), in response to a user action on the operation unit (e.g., the user tapping or sliding across the touch screen) by using the signal transmission unit.

---

[16] https://www.samsung.com/au/support/tv-audio-video/control-your-tv-using-the-smartthings-app/?srsltid=AfmBOorgaIrKDK7a067UVNY5XbPrLyh2AsoyMYV_Hg-qE1EfjgKMOKkN

## How Do You Connect A Samsung TV To SmartThings?

To connect a Samsung TV to SmartThings, you'll need to use the SmartThings app on your smartphone. If your Samsung TV is switched on, and connected to the same WiFi network as your phone, then the SmartThings app should be able to recognise the TV right away! You can also manually search for your Samsung TV using the SmartThings app.

## How Do I Control My Samsung TV With SmartThings?

One of the best things about SmartThings is that it can be entirely used to control your Samsung TV! Simply open the SmartThings app, and search for your TV. When you select your TV, you'll be given a range of control options, so that you can control the on-screen **content** without needing to use your remote! [17]



[17] https://www.reliant.co.uk/blog/how-to-connect-samsung-tv-to-smartthings/

[18] https://www.samsung.com/ae/support/tv-audio-video/how-to-power-on-your-samsung-tv-with-the-smartthings-app/



41.    The Accused Products comprise a mobile terminal wherein when starting the control application, the microprocessor transmits, to the external device, a turning-on control signal to turn on the external device by using the signal transmission unit before the process of starting the control application is completed. For example, on information and belief, when a user has the "Power On with Mobile" option enabled on their Samsung Galaxy S25 Ultra, the Samsung Galaxy S25 Ultra transmits to the external device (e.g., Smart television, television display screen, etc.) a turning-on control signal (e.g., a wake signal) to turn on the external device before the process of starting the control application (e.g., SmartThings) is completed.



---

[19] https://www.samsung.com/ae/support/tv-audio-video/how-to-power-on-your-samsung-tv-with-the-smartthings-app/

[20] https://www.samsung.com/ae/support/tv-audio-video/how-to-power-on-your-samsung-tv-with-the-smartthings-app/

Samsung TV's from the last 6-7 years do support WOL, even over WiFi. I use it extensively to turn my TV's on.

You have to enable it in the TV options, it's called "Power on with Mobile".

[21]

## WoW(Wake on WirelessLAN)

When the TV and mobile device are connected to the same network and the TV is turned off, streaming multimedia content from the mobile device to the TV will make the TV automatically turn on and start playing the content.

Click here to find more details on spec&features for WoW.

- When the TV is turned off, the TV status is displayed as "{TV Name} (standby)" on the mobile device.
- When the TV is turning on, the message "Preparing the TV..." will be displayed on the mobile device. As soon as the TV starts playing the content, the message will disappear from the mobile device.



Figure 7-21. WoW(Wake on WirelessLAN) scenario

[22]

---

[21] https://www.reddit.com/r/alexa/comments/1af9y4i/is_it_possible_to_turn_on_samsung_tv_with_wol/

[22] https://developer.samsung.com/smarttv/develop/extension-libraries/smart-view-sdk/android-sender-app/enhanced-features.html

---

**New WOW APIs**

SmartView SDK now supports WOW (enabled as default) for 2016 and above Samsung SmartTVs. It enables user to connect to a TV currently in standby mode. Upon making a connect() call to a standby TV, it tries to turn ON the TV and to establish a connection with the same.

[23]

---

**1. Simple implementation guide**

The Mobile device must get TV's MAC info when connected successfully.

The Mobile device must store certain values(MAC), so that the Mobile device can use Wake-up to power on the TV next time.

**2. Pre-condition**

(MUST) Mobile App should have connected successfully at least once so that TV can register mobile MAC.

When TV is turned off, the TV status should be displayed as "{TV Name} (standby)" on the mobile device.

**3. Basic UI scenario**

1. Turn the TV off (put to standby).
2. Within 60 seconds TV disappears from the list and within 30 seconds reappears marked as "(standby)".
3. Select the TV.
4. The TV should start loading.
5. The TV WebApp(or DMP) should start loading on the TV.
6. The video should start playing on the TV.

[24]

---

[23] https://developer.samsung.com/smarttv/develop/extension-libraries/smart-view-sdk/android-sender-app/enhanced-features.html

[24] https://developer.samsung.com/smarttv/develop/extension-libraries/smart-view-sdk/android-sender-app/enhanced-features.html

3) Wake up TV and connect :

This API turns on the selected TV and Smart View SDK confirm to be ready.

Then, you can turn on the TV and launch your application.

```
//For connection is used default timeout: Service.DEFAULT_WOW_TIMEOUT_VALUE = 60000

String mac = getSharedPreferences("WoWMacs", 0).getString(service.getName(), 0);

String uri = getSharedPreferences("WoWIps", 0).getString(mac, 0);

Service.WakeOnWirelessAndConnect(mac, uri, new Result<Service>() {
    @Override
    public void onSuccess(Service service) {
        if (service != null) {
            Application application = service.createApplication("YOUR_APP_ID","YOUR_CHANNEL_

            application.connect(new Result<Client>() {

                @Override
                public void onSuccess(Client client) {
                    if (client != null) {
                        Log.d("log", "onSuccess: " + client.toString());
                    }
                }
            }
```

42.     Samsung has and continues to indirectly infringe one or more claims of the '106 Patent by inducing infringement by others, such as Samsung's customers and end-users, in this District and elsewhere in the United States. For example, Samsung's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '106 Patent. Samsung induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including

---

[25] https://developer.samsung.com/smarttv/develop/extension-libraries/smart-view-sdk/android-sender-app/enhanced-features.html

technical support, marketing, product manuals, advertisements, and online documentation.[26]

43.    Because of Samsung's inducement, Samsung's customers and end-users use the Accused Products in a way Samsung intended and they directly infringe the '106 Patent. Samsung performs these affirmative acts with knowledge of the '106 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '106 Patent.

44.    Samsung has indirectly infringed and continues to indirectly infringe one or more claims of the '106 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Samsung's affirmative acts of selling and offering to sell the '106 Accused Products in this District and elsewhere in the United States and causing the '106 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '106 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Samsung, are material to the invention of the '106 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Samsung to be especially made or adapted for use in the infringement of the '106 Patent. Samsung performs these affirmative acts with knowledge of the '106 Patent and with intent, or willful blindness, that they cause the direct infringement of the '106 Patent.

45.    Because of Samsung's direct and indirect infringement of the '106 Patent, FEC has suffered damages in an amount to be proven at trial.

---

[26] *See, e.g.*, https://support.smartthings.com/hc/en-us/articles/360051930512-Using-the-SmartThings-App.

## COUNT III
### (Infringement of the '187 Patent)

46.     Paragraphs 1 through 20 are incorporated by reference as if fully set forth herein.

47.     FEC has not licensed or otherwise authorized Samsung to make, use, offer for sale, sell, or import any products that embody the inventions of the '187 Patent.

48.     Samsung has and continues to directly infringe the claims of the '187 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '187 Patent, and by performing each and every step of one or more method claims of the '187 Patent.

49.     The Accused Products each perform the method of at least claim 15 of the '187 Patent: A method of exchanging contents, comprising the steps of: repeatedly transmitting request information requiring response; receiving response information representing said response, transmitted in response to said request information; transmitting determination information for determining whether content data representing a content that is at least one of image and voice is to be an object of transmission or not, to the transmitter of said response information; transmitting said response information and said determination information to the transmitter of said request information; when said determination information is transmitted and determination information different from said transmitted determination information is received, determining whether said content data is to be transmitted, based on said transmitted determination information and said received determination information; transmitting the content data determined to be transmitted; when content data different from said transmitted content data is received, storing said received content data and determination information on said received content data; and outputting content

26

based on the stored content data.

50.    The Accused Products perform a method of exchanging contents, comprising the step of repeatedly transmitting request information requiring response. For example, when a user initiates Quick Share on a Samsung Galaxy S25 Ultra to share content, such as a photo or file, the Samsung Galaxy S25 Ultra broadcasts a discovery signal repeatedly using Bluetooth Low Energy ("BLE"). The discovery signal contains an identifier and requests any nearby devices to respond.

But there are easier ways of transferring files and, on Android, Quick Share reigns supreme. Formally called Nearby Share, Quick Share is Android's version of AirDrop on the iPhone.

This feature looks for nearby devices and beam your photos, files and other information across. It's also a default app, so you should have it on your Android device ready to go. And all it takes is the tap of an icon to get started. [27]

---

[27] https://www.tomsguide.com/phones/how-to-use-quick-share-your-androids-equivalent-of-air-drop

## 4. Find a device



(Image: © Future)

Your Android phone will scan for nearby devices but you will need to have a recipient device turned on and logged in.

When you see a device you wish to share with, just **tap that device** and the file will be transferred.

[28]

51.    The Accused Products perform the step of receiving response information representing said response, transmitted in response to said request information. For example, when a nearby device receives the BLE request from the Samsung Galaxy S25 Ultra via Quick Share and accepts the Quick Share content, the nearby device sends a response that is received by the Samsung Galaxy S25 Ultra. The nearby device response includes information such as the device's name, user's contact information if available, etc.

---

[28]    https://www.tomsguide.com/phones/how-to-use-quick-share-your-androids-equivalent-of-air-drop

# 4. Find a device



(Image: © Future)

Your Android phone will scan for nearby devices but you will need to have a recipient device turned on and logged in.

When you see a device you wish to share with, just **tap that device** and the file will be transferred.

[29]

---

[29] https://www.tomsguide.com/phones/how-to-use-quick-share-your-androids-equivalent-of-air-drop



**Share to nearby devices with just a few taps**

You can quickly share photos, videos, documents and other files — of any number and size.
If your friends are using iOS or non-Galaxy Android devices, you can still share with them through a QR code.[3]

**Share instantly with friends, even from a distance**

Distance isn't a problem. Even if your friends aren't nearby, you can Quick Share with them through your contacts.
Likewise, if your friends use iOS or non-Galaxy Android devices, you can still share with them through contacts.[3]

*This feature is not supported on PCs from Samsung and other manufacturers.



52.     The Accused Products perform the step of transmitting determination information for determining whether content data representing a content that is at least one of image and voice is to be an object of transmission or not, to the transmitter of said response information. For example, after the Samsung Galaxy S25 Ultra discovers the nearby device (i.e., the receiving device) and the user chooses that nearby device to receive content via Quick Share, the Samsung

---

[30] https://www.samsung.com/us/apps/quick-share/

Galaxy S25 Ultra sends determination information (e.g., a notification and/or transfer request) to the nearby device asking for permission to send content. In this example, Quick Share sets up an encrypted peer-to-peer connection and then the receiving device is presented with an Quick Share notification that includes details about the content and sender, along with Accept/Decline options.

## Step 2

### Share files with nearby devices

Select "Share to devices nearby" to show a list of nearby devices.
Tap for one or several at once, and file sharing will automatically start.



*Make sure the nearby devices have their screens turned on, and that they have Quick Share turned on in the Quick Panel (with "Contacts only" or "Anyone nearby" selected).[31]

[31] https://www.samsung.com/us/apps/quick-share/

## Step 4

### Files are sent to the recipient

The recipient will get a pop-up asking to accept the shared files.
Tapping "Accept" on the pop-up will start the file transfer process.

 

32

53. The Accused Products perform the step of transmitting said response information and said determination information to the transmitter of said request information. For example, in Quick Share, when the nearby device chooses to accept or decline, the nearby device sends a message back to the Samsung Galaxy S25 Ultra communicating that decision. This message is the combination of the initial handshake context (e.g., the identity of the receiving device) and the

---

[32] https://www.samsung.com/us/apps/quick-share/

determination result (e.g., whether the nearby device accepts or declines the content transfer request).

## Step 4

### Files are sent to the recipient

The recipient will get a pop-up asking to accept the shared files.
Tapping "Accept" on the pop-up will start the file transfer process.

 

33

54.    The Accused Products perform a method of exchanging contents when said determination information is transmitted and determination information different from said transmitted determination information is received, determining whether said content data is to be

---

[33] https://www.samsung.com/us/apps/quick-share/

transmitted, based on said transmitted determination information and said received determination information. For example, after the sender has indicated the desire to send and the receiver has responded with accept or decline, the content is sent only if the receiver accepted. If the receiver declined, nothing is sent.

## Step 4

### Files are sent to the recipient

The recipient will get a pop-up asking to accept the shared files.
Tapping "Accept" on the pop-up will start the file transfer process.

 

34

---

[34] https://www.samsung.com/us/apps/quick-share/

55.     The Accused Products perform the step of transmitting the content data determined to be transmitted. For example, in Quick Share, once the receiver has accepted, the devices move on to transfer the file over a direct wireless link (Wi-Fi peer-to-peer).

> Quick Share searches for devices in close proximity, then chooses a protocol to use depending on what you're sending and what your connectivity is like. For example, it will use peer-to-peer Wi-Fi if you're completely offline, but other sharing protocols include Bluetooth, hot spot, WebRTC, and more. Here's how to make use of it. [35]

---

[35] https://www.wired.com/story/how-to-use-nearby-share-android/

## Step 4

### Files are sent to the recipient

The recipient will get a pop-up asking to accept the shared files.
Tapping "Accept" on the pop-up will start the file transfer process.

 

36

56.     The Accused Products perform a method of exchanging contents when content data different from said transmitted content data is received, storing said received content data and determination information on said received content data. For example, on the Quick Share receiver's side, once a file is accepted and transferred, the content data (e.g., the file) is saved onto the device, and some determination information (e.g., metadata about that transfer) is also stored

---

[36] https://www.samsung.com/us/apps/quick-share/

in the file system. By way of further example, if someone uses Quick Share to send a photo from a Photos app, it is saved in the Photos app of the receiving device.



### Share to nearby devices with just a few taps

You can quickly share photos, videos, documents and other files — of any number and size.
If your friends are using iOS or non-Galaxy Android devices, you can still share with them through a QR code.[3]

### Share instantly with friends, even from a distance

Distance isn't a problem. Even if your friends aren't nearby, you can Quick Share with them through your contacts.
Likewise, if your friends use iOS or non-Galaxy Android devices, you can still share with them through contacts.[3]

*This feature is not supported on PCs from Samsung and other manufacturers.



57.    The Accused Products perform the step of outputting content based on the stored content data. For example, with Quick Share, after the content data is saved on the receiving device, the content data is available for viewing or use on the receiving device.

---

[37] https://www.samsung.com/us/apps/quick-share/





58.     Samsung has and continues to indirectly infringe one or more claims of the '187 Patent by inducing infringement by others, such as Samsung's customers and end-users, in this District and elsewhere in the United States. For example, Samsung's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '187 Patent. Samsung induces this direct infringement through its

---

[38] https://www.samsung.com/us/apps/quick-share/

affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[39]

59.    Because of Samsung's inducement, Samsung's customers and end-users use the Accused Products in a way Samsung intends and they directly infringe the '187 Patent. Samsung performs these affirmative acts with knowledge of the '187 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '187 Patent.

60.    Samsung has indirectly infringed and continues to indirectly infringe one or more claims of the '187 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Samsung's affirmative acts of selling and offering to sell the '187 Accused Products in this District and elsewhere in the United States and causing the '187 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '187 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Samsung, are material to the invention of the '187 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Samsung to be especially made or adapted for use in the infringement of the '187 Patent. Samsung performs these affirmative acts with knowledge of the '187 Patent and with intent, or willful blindness, that they cause the direct infringement of the '187 Patent.

---

[39] *See, e.g.*, https://www.samsung.com/us/apps/quick-share/.

61. Because of Samsung's direct and indirect infringement of the '187 Patent, FEC has suffered damages in an amount to be proven at trial.

**COUNT IV**
**(Infringement of the '847 Patent)**

62. Paragraphs 1 through 20 are incorporated by reference as if fully set forth herein.

63. FEC has not licensed or otherwise authorized Samsung to make, use, offer for sale, sell, or import any products that embody the inventions of the '847 Patent.

64. Samsung has and continues to directly infringe the claims of the '847 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, at least by making, using, offering to sell, selling, and/or importing into the United States products, such as the Accused Products, that satisfy each and every limitation of one or more claims of the '847 Patent.

65. The Accused Products comprise the device of at least claim 1 of the '847 Patent: An information device comprising: a communication component that communicates with an external device; and a controller that downloads video data from the external device through the communication component, performs processing to convert a format of the video data into a playable format and executes an application for playing the video data, the controller sending a download request for each divided video data to sequentially download the divided video data, with the divided video data being obtained by dividing up the video data, the processing by the controller to convert the format of the video data into the playable format including dividing the divided video data into a plurality of divided files and producing a playlist file for a playback instruction of the divided files every time the divided video data is downloaded.

66. The Accused Products comprise an information device. For example, the Samsung TV Plus app includes information devices (e.g., Samsung servers) that deliver, store, and analyze

content like movies and televisions shows.







> 40

67.    The Accused Products comprise a communication component that communicates with an external device. For example, the servers that are a part of Samsung's Global Content Delivery Network ("CDN") include communication components (e.g., network controllers) that establish and maintain communication with edge servers or playback devices.

---

[40] https://www.samsungsds.com/en/network-global-cdn/global-cdn.html

## Easy-to-use CDN Service

Signing up for the Global CDN service is quick and easy thanks to the web-based console on Samsung Cloud Platform. The origin server and caching policy of the Edge server are also easy to set up, allowing for fast content delivery.

## Enhanced Service Availability

Even when multiple simultaneous requests cause unwanted traffic surges, edge servers spread across different geographic locations guarantee fast delivery of contents without compromising usability. They also ensure service availability and stable service performance.

## Use of Secure Contents

Supporting HTTP, HTTPS, HTTP/2 protocol, content caching with various origin servers are possible. If the TTL of a previously cached content is expired or the origin content
is updated, existing cache in the edge server will be evicted. New content from the origin server will be cached to process the content request from an end-user, making it possible for users to get the latest content.

## Efficient Cost Management

Even in settings that require huge traffic bursts (e.g. downloading a large file), stable service quality is guaranteed without mobilizing massive resources. Usage-based pricing also allows for efficient cost management.

[41]

---

[41] https://www.samsungsds.com/en/network-global-cdn/global-cdn.html



68.     The Accused Products comprise a controller that downloads video data from the external device through the communication component, performs processing to convert a format of the video data into a playable format and executes an application for playing the video data. For example, a network controller downloads video data (e.g., a request to watch a livestream or video-on-demand) from the external device (e.g., a user device) through the communication component of Samsung's network, the controller downloads the requested content into a playable format for the external device to play the requested content.

---

[42] https://www.samsungsds.com/en/network-global-cdn/global-cdn.html





69.    The Accused Products comprise the controller sending a download request for each

divided video data to sequentially download the divided video data, with the divided video data

---

[43] https://www.samsungtvplus.com/

[44] https://www.samsungtvplus.com/

being obtained by dividing up the video data. For example, Samsung encodes each video data into small "chunks" (typically 2-6 seconds in length). The Samsung controller sends a download request for each chunk to sequentially download the chunked video data.

## Recommended 8K Adaptive Streaming Content Specifications

The following table describes the recommended specifications for MPEG-DASH streaming at 8K resolution.

| Item | Recommendation | Notes |
| --- | --- | --- |
| Video Codec | HEVC (H.265) | Profile: Main10 6.1<br>Maximum reference frames (decoded buffers): 6<br>• Recommeded number of I-frames: 1 frame/GOP<br>• GOP structure: SAP1 or SAP2<br>  If any GOP has continuous I-frames, data feeding delay can cause jittering.<br>Maximum I-frame size:<br><br>• 60p: 3.5Mbyte<br>• 30p: 7Mbyte |
| Audio Codec | AAC (2 channel)<br>DD/DD+ (5.1, 7.1) | - |
| Media Format | fMP4 | fMP4 recommended for compatibility with 2018-19 models<br>Supported: CMAF (since 2020 models) |
| Resolution | Maximum 7680x4320 | Multiple resolutions and bit rates recommended to support changes in network conditions. |
| Frame Rate | 30fps, 25fps, or 24fps | Supported: Maximum 60fps (50, 25, 24, 23.97) |
| Bit Rate | Maximum 80Mps | Supported: Average 100Mbps |
| Streaming Protocol | MPEG-DASH | Recommeded segment duration:<br>• VOD: max 6 seconds<br>• LIVE: max 2 seconds |
| HDR | HDR10+ | Supported: HLG, HDR10, HDR10+ |
| DRM | PlayReady<br>CENC (CTR)<br>encryption | Supported: CBCS encryption (since 2019 models) |
| Subtitles | SMPTE-TT<br>WebVTT | Not support subtitle with image inside (SMPTE-TT/png)<br>Not support LIVE with external subtitle |

Table 4. Recommended content specifications for 8K MPEG-DASH streaming

45

---

[45] https://developer.samsung.com/smarttv/develop/guides/multimedia/adaptive-streaming.html

70.     The Accused Products comprise the processing by the controller to convert the format of the video data into the playable format including dividing the divided video data into a plurality of divided files and producing a playlist file for a playback instruction of the divided files every time the divided video data is downloaded. For example, Samsung's OCNs serve as caching servers that store video segments and playlists for producing playback instructions upon download.

## Recommended 8K Adaptive Streaming Content Specifications

The following table describes the recommended specifications for MPEG-DASH streaming at 8K resolution.

| Item | Recommendation | Notes |
|---|---|---|
| Video Codec | HEVC (H.265) | Profile: Main10 6.1<br>Maximum reference frames (decoded buffers): 6<br>• Recommeded number of I-frames: 1 frame/GOP<br>• GOP structure: SAP1 or SAP2<br>  If any GOP has continuous I-frames, data feeding delay can cause jittering.<br>Maximum I-frame size:<br><br>• 60p: 3.5Mbyte<br>• 30p: 7Mbyte |
| Audio Codec | AAC (2 channel)<br>DD/DD+ (5.1, 7.1) | - |
| Media Format | fMP4 | fMP4 recommended for compatibility with 2018-19 models<br>Supported: CMAF (since 2020 models) |
| Resolution | Maximum 7680x4320 | Multiple resolutions and bit rates recommended to support changes in network conditions. |
| Frame Rate | 30fps, 25fps, or 24fps | Supported: Maximum 60fps (50, 25, 24, 23.97) |
| Bit Rate | Maximum 80Mps | Supported: Average 100Mbps |
| Streaming Protocol | MPEG-DASH | Recommeded segment duration:<br>• VOD: max 6 seconds<br>• LIVE: max 2 seconds |
| HDR | HDR10+ | Supported: HLG, HDR10, HDR10+ |
| DRM | PlayReady<br>CENC (CTR) encryption | Supported: CBCS encryption (since 2019 models) |
| Subtitles | SMPTE-TT<br>WebVTT | Not support subtitle with image inside (SMPTE-TT/png)<br>Not support LIVE with external subtitle |

Table 4. Recommended content specifications for 8K MPEG-DASH streaming

46

---

46 https://developer.samsung.com/smarttv/develop/guides/multimedia/adaptive-streaming.html



47

71.     Samsung has and continues to indirectly infringe one or more claims of the '847 Patent by inducing infringement by others, such as Samsung's customers and end-users, in this District and elsewhere in the United States. For example, Samsung's customers and end-users directly infringe, either literally or under the doctrine of equivalents, through their use of the inventions claimed in the '847 Patent. Samsung induces this direct infringement through its affirmative acts of manufacturing, selling, distributing, and/or otherwise making available the Accused Products, and providing instructions, documentation, and other information to customers and end-users suggesting that they use the Accused Products in an infringing manner, including technical support, marketing, product manuals, advertisements, and online documentation.[48]

72.     Because of Samsung's inducement, Samsung's customers and end-users use the Accused Products in a way Samsung intends and they directly infringe the '847 Patent. Samsung

---

[47] https://www.samsungsds.com/en/network-global-cdn/global-cdn.html

[48] *See, e.g.*, https://support.Samsung.com/tv.

performs these affirmative acts with knowledge of the '847 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '847 Patent.

73.    Samsung has indirectly infringed and continues to indirectly infringe one or more claims of the '847 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Samsung's affirmative acts of selling and offering to sell the '847 Accused Products in this District and elsewhere in the United States and causing the '847 Accused Products to be manufactured, used, sold, and offered for sale contribute to others' use and manufacture of the Accused Products, such that the '847 Patent is directly infringed by others. The accused components within the Accused Products including, but not limited to, software manufactured by Samsung, are material to the invention of the '847 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Samsung to be especially made or adapted for use in the infringement of the '847 Patent. Samsung performs these affirmative acts with knowledge of the '847 Patent and with intent, or willful blindness, that they cause the direct infringement of the '847 Patent.

74.    Because of Samsung's direct and indirect infringement of the '847 Patent, FEC has suffered damages in an amount to be proven at trial.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, FEC prays for relief against Samsung as follows:

a.    Entry of judgment declaring that Samsung has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.      An order pursuant to 35 U.S.C. § 283 permanently enjoining Samsung, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

c.      An order awarding damages sufficient to compensate FEC for Samsung's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with pre-judgment and post-judgment interest and costs;

d.      Enhanced damages pursuant to 35 U.S.C. § 284;

e.      Entry of judgment declaring that this case is exceptional and awarding FEC its costs and reasonable attorney fees under 35 U.S.C. § 285; and

f.      Such other and further relief as the Court deems just and proper.

Dated: October 30, 2025                          Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Jacob Ostling
NY Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF***
***FEC IP LLC***
